IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>VICTOR MANUEL COVARRUBIAS-OZUNA,<br><br>                Defendant. | 8:25MJ54 |

ORDER FOR DISMISSAL

IT IS ORDERED the Motion to Dismiss Complaint (Filing No. 16) without prejudice in the above-captioned case be granted as requested.

DATED this 18th day of February, 2025.

MICHAEL D. NELSON
United States Magistrate Judge